## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Tommy Barnes,

                Plaintiff,                18 **CIVIL** 7119 (AJN)

      -against-                    **JUDGMENT**

City of New York, et al.,

                Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 25, 2020, Defendants' motion is GRANTED and Plaintiff's federal claims are dismissed with prejudice. The Court has declined to exercise supplemental jurisdiction of the state claims. In light of these rulings, Plaintiff's motion for summary judgment is administratively denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          November 25, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                     **BY:**    *K. Mango*
                                          **Deputy Clerk**