```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tommy Barnes,

                Plaintiff,

     –v–

The City of New York, *et al.*,

                Defendants.

18-cv-07119 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the attached letter from Plaintiff. The Court respectfully directs the Clerk to mail a copy of the Memorandum Opinion and Order, Dkt. No. 86, to the Plaintiff.

    SO ORDERED.

Dated: December 14, 2020
       New York, New York

                                          ALISON J. NATHAN
                                       United States District Judge

United States District Court
Southern District of New York
---------------------------------------x
Tommy Barnes, Plaintiff,

-against-                                   18-cv-7119 (AJN)

City of New York, et al.,
                    Defendants
---------------------------------------x

Dear AJN, U.S. District Judge,

I was not given a copy of the Court's Memorandum Opinion and Order dated November 25, 2020. I am requesting that I will be furnished a copy of this order so that I can perfect my appeal. The Clerk of the court, Ruby J. Krajick, and Deputy clerk, K. Mango, sent me a copy of your judgment without a copy of the court's Memorandum Opinion and Order which states the reasons why said judgment was decreed.

Dated: New York, New York
December 6, 2020

Plaintiff
Tommy Barnes

C.C.:
    Clerk of Court,
    Ruby J. Krajick