UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
TOMMY BARNES, :
:
                         Plaintiff, :     No. 18-CV-7119 (AJN) (OTW)
:
              -against- :     **ORDER**
:
THE CITY OF NEW YORK, et al., :
:
                      Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      In light of the Second Circuit's May 22, 2023, decision affirming in part and vacating in part the district court's dismissal of *pro se* Plaintiff's claims and remanding for proceedings consistent with the opinion (*see* ECF 92), Defendants are directed to serve a copy of ECF 92 and this Order on Plaintiff by **Friday August 11, 2023**, and to file proof of service of same on the docket. Defendants are further directed to file a status letter on the docket proposing next steps in this case **by Friday, August 18, 2023**.

      If Plaintiff chooses to respond to Defendants' status letter, Plaintiff may do so **by Friday, September 15, 2023**.

      SO ORDERED.

Dated: August 3, 2023                                        *s/ Ona T. Wang*
      New York, New York                      **Ona T. Wang**
                                                        United States Magistrate Judge