UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOMMY BARNES,                                    :
                                  Plaintiff,      :
                                                 :
                -against-                            :       18 Civ. 7119 (LGS)
                                                 :
THE CITY OF NEW YORK, et al.,      :       <u>ORDER</u>
                                   Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this case was referred to Magistrate Judge Ona T. Wang on November 9, 2018, for general pretrial purposes. It is hereby

       **ORDERED** that the Order of Reference at Dkt. 11 is **VACATED**. The deadlines set by the order at Dkt. 94 shall remain in effect.

Dated: August 10, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE