UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
TOMMY BARNES, :
 Plaintiff, :
 : 18 Civ. 7119 (LGS)
 -against- :
 : ORDER
THE CITY OF NEW YORK, et al., :
 Defendants. :
 :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 3, 2023, required Defendants to file a status letter by August 18, 2023, proposing next steps in this case;

WHEREAS, Defendants failed to submit the letter. It is hereby

**ORDERED** that, by **September 1, 2023**, Defendants shall file the status letter.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: August 28, 2023
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**