UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TOMMY BARNES,                                              :
                                   Plaintiff,         :
                                                    :   18 Civ. 7119 (LGS)
                -against-                       :
                                                    :          ORDER
THE CITY OF NEW YORK, et al.,                  :
                                  Defendants.  :
                                                    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on October 18, 2023. For the reasons discussed at the conference, it is hereby

**ORDERED** that Plaintiff shall amend his Complaint by **October 27, 2023**. It is further

**ORDERED** that the parties shall participate in a settlement conference before Judge Wang. A referral to a settlement conference before Judge Wang will issue separately. The Office of Pro Se Litigation advised that it would likely take months to find a pro bono attorney for Plaintiff, so Plaintiff should be prepared to participate in the settlement conference without an attorney.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: October 20, 2023
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE