UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TOMMY BARNES,

                     Plaintiff,                No. 18-CV-7119 (LGS) (OTW)

          -against-                  **SCHEDULING ORDER**

THE CITY OF NEW YORK, et al.,

                     Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

    The Court is in receipt of ECF 124. The pre-settlement conference call scheduled for Tuesday, December 5, 2023, is **ADJOURNED to Tuesday, January 9, 2024 at 2:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

    Defendants' motion for an extension of time for the parties to submit confidential settlement letters is **GRANTED**. The parties are directed to submit, **without copying the other side**, a confidential one-page letter regarding their views on the possibility of a settlement **by Friday, January 5, 2024**.

    Defendant is directed to mail a copy of this Order to the *pro se* Plaintiff and file proof of same on the docket. The Clerk of Court is respectfully directed to close ECF 124.

    SO ORDERED.

                                                                    *s/ Ona T. Wang*

Dated: December 4, 2023                          **Ona T. Wang**
       New York, New York                    United States Magistrate Judge