```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    TOMMY BARNES,                                            :
                                    Plaintiff,               :
                                                             :       18 Civ. 7119 (LGS)
                    -against-                                :
                                                             :           ORDER
    THE CITY OF NEW YORK, et al.,                            :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on February 7, 2024. For the reasons discussed at the conference, it is hereby

**ORDERED** that the fact discovery deadline is extended to **March 4, 2024**. An amended case management plan will issue separately. It is further

**ORDERED** that, by **March 25, 2024**, Defendants shall file a motion for dismissal and/or summary judgment, with a single memorandum of law not to exceed 25 pages. The requirement to file a letter motion requesting a pre-motion conference is waived. By **April 22, 2024**, pro se Plaintiff shall file his opposition, not to exceed 25 pages. By **May 6, 2024**, Defendants shall file a reply, not to exceed 10 pages. The parties shall comply with the Court's Individual Rules in filing their motions and supporting papers.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: February 8, 2024
       New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**