UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOMMY BARNES,
                       Plaintiff,

                                                  18 Civ. 7119 (LGS)

            -against-

                                                  ORDER

THE CITY OF NEW YORK, et al.,
                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on February 8, 2024, this Court set a briefing schedule for any motion for dismissal and/or summary judgment by Defendants to be filed by March 25, 2024;

       WHEREAS, on March 7, 2024, this Court extended the fact discovery deadline to March 31, 2024;

       WHEREAS, no motion has been filed.  It is hereby

       **ORDERED** that, by **April 12, 2024**, the parties shall file a joint letter proposing next steps, including any revised briefing schedule.

       The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: April 9, 2024
       New York, New York

                                                                         LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE