

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JOHN SCHEMITSCH**
*Senior Counsel*
phone: (212) 356-3539
fax: (212) 356-1148
jschemit@law.nyc.gov

Application **GRANTED** *nunc pro tunc*. By **April 16, 2024**, the parties shall file a joint letter proposing next steps, including any revised briefing schedule.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: April 15, 2024
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  Tommy Barnes v. City of New York, et al., 18-cv-7119 (LGS) (OTW)

Your Honor:

      I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys for defendants City of New York, Sergeant Kenneth Caesar, Officer Michael Manetta and Officer Nicholas Mauceli in the above-referenced matter. Defendants write to respectfully request an extension of time from April 12, 2024 to April 16, 2024 to provide the court a joint letter proposing next steps and a revised briefing schedule. Upon receiving the Court's April 9, 2024 order for such a joint letter, the undersigned contacted Attica Correctional Facility, where plaintiff is presently housed, to schedule a call with him. Today, the undersigned was informed that they are available to schedule plaintiff for a call, at the earliest, on Monday, April 15, 2024. Accordingly, in order to provide a meaningful joint letter and inform the Court of the parties respective positions, defendants request a brief extension to provide the joint letter until April 16, 2024, after the parties have had an opportunity to confer.

      Thank you for your consideration herein.

Respectfully submitted,

/s/
John Schemitsch
*Senior Counsel*

cc:   **VIA First Class Mail**
      Plaintiff *Pro se*