UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                          :

TOMMY BARNES,                    :

              Plaintiff,    :

                          :        18 Civ. 7119 (LGS)

          -against-        :

                          :        **ORDER**

THE CITY OF NEW YORK,  et al.,    :

             Defendants. :

                          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the subject of this Order is Plaintiff's federal fabrication of evidence claim against Defendants Sergeant Kenneth Caesar, Officer Michael Manetta and Officer Nicholas Mauceli.

WHEREAS, on July 25, 2018, Plaintiff applied to proceed in forma pauperis.  (Dkt. No. 1).  On November 1, 2018, Plaintiff's application to proceed in forma pauperis was granted.  (Dkt. No. 9).

WHEREAS, on May 16, 2025, counsel entered an appearance on behalf of Plaintiff.  (Dkt. No. 194).  On December 1, 2025, counsel requested leave to withdraw due to an irreconcilable breakdown in the attorney/client relationship.  (Dkt. No. 202).  On December 2, 2025, the application to withdraw was granted.  (Dkt. No. 203).

WHEREAS, Plaintiff is proceeding pro se and is currently incarcerated at Wende Correctional Facility.

WHEREAS, on January 5, 2026, trial was scheduled to begin on June 23, 2026, at 10:00 a.m. or the Court's first available date thereafter.  (Dkt. No. 209).  It is hereby

ORDERED that a conference will be held on **January 13, 2026, at 10:30 a.m.**  It is further

**ORDERED** that the Warden or other official in charge of the Wende Correctional Facility in Alden, New York, or other facility in custody of Tommy Barnes produce inmate Tommy Barnes, Identification No. 16A2831, to an office in the facility with a reasonable degree of privacy to enable him to participate in a telephonic court conference on **January 13, 2026, at 10:30 a.m**. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform the Court's Chambers by calling (212) 805-0288.

Counsel for Defendants as soon as possible shall (1) transmit this Order to the Warden; and (2) contact the Wende Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date.

The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff.

Dated: January 8, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2