UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TOMMY BARNES,                                   :

                        Petitioner/Plaintiff,   :

                                                :        18 Civ. 7119 (LGS)

        -against-                               :

                                                :        **<u>ORDER</u>**

CHRISTOPHER YEHL et al.,                         :

                        Respondent/Defendants.   :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on November 17, 2025, Petitioner filed an amended petition for a writ of

habeas corpus (the "Habeas Petition").  Dkt. 199.  The Habeas Petition is pending.

        WHEREAS, the Order dated March 4, 2026, set Respondent Yehl's deadline to answer

the Habeas Petition to March 23, 2026, and Petitioner's deadline to reply thirty days from the

date of service of the response.  Dkt. 219.

        WHEREAS, on March 19, 2026, Respondent filed a response to the Habeas Petition and

a certificate of service.  Dkts. 220, 221 and 222.  Because the certificate of service contained a

typographical error, Respondent was ordered to refile it.  Dkt. 223.  Respondent filed a corrected

certificate of service on March 24, 2026.  Dkt. 225.

        WHEREAS, the Order dated April 23, 2026, reminded Petitioner that his deadline to file

a reply regarding the Habeas Petition was April 24, 2026.  Dkt. 227.

        WHEREAS, Petitioner has not filed a reply to date.  It is hereby

        **ORDERED** that by **May 29, 2026**, Petitioner shall file a letter stating whether he intends

to file a reply in support of the Habeas Petition or waive his opportunity to do so.  If Petitioner

intends to file a reply, he shall state a date certain, which shall be no later than **June 26, 2026**, by

which he will file the reply.

2

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated: May 21, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE